KATE MELBOURNE et al., Appellants, v. NIAGARA FALLS BRIDGE COMMISSION

et al., Respondents.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.